This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Respondent,

**v.**                                                                          **No. 33,900**

**ORIANA FARRELL,**

Defendant-Applicant.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**John M. Paternoster, District Judge**

Gary K. King, Attorney General
Margaret McLean, Assistant Attorney General
Santa Fe, NM

for Respondent

Alan Maestas Law Office, P.C.
Alan H. Maestas
Kathryn J. Hardy
Taos, NM

for Applicant

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1} Defendant filed an application for interlocutory appeal to challenge the district court's refusal to dismiss the indictment brought against Defendant. We granted the application and issued a notice of proposed disposition proposing to reverse. The State has filed a response indicating it is unable to offer any additional facts or legal argument to challenge the proposed disposition. The State also requests issuance of an expedited mandate, and Defendant concurs in that request. Therefore, for the reasons stated in the notice, we reverse the district court's decision in this case. Mandate shall issue immediately.

{2} **IT IS SO ORDERED.**


_____
**JONATHAN B. SUTIN, Judge**


**WE CONCUR:**


_____
**TIMOTHY L. GARCIA, Judge**


_____
**M. MONICA ZAMORA, Judge**

2